INCORPORATED VILLAGE OF LAUREL HOLLOW, Respondent, *v.*
LAVERNE ORIGINALS, INC., et al., Appellants.

Argued May 17, 1954; decided July 14, 1954.

*Emanuel Wexler* and *Charles A. Rathkopf* for appellants.

*Chester Bordeau* and *Robert F. Little* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.